IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SIMONSWERK GmbH,<br><br>        Plaintiff<br><br>    v.<br><br>Lawrence Hardware I, Inc. d/b/a Lawrence Hardware, Inc.,<br><br>        Defendant. | Case No. 1:15-cv-9317 |

## COMPLAINT

Plaintiff, SIMONSWERK GmbH, by its attorneys Quarles & Brady LLP, for its Complaint against Defendant alleges as follows:

## NATURE OF THE ACTION

1. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1, *et seq*. Plaintiff seeks injunctive relief and damages arising from Defendant's infringement of U.S. Patent No. 6,829,808.

## THE PARTIES

2. Plaintiff SIMONSWERK GmbH ("SIMONSWERK") is a corporation organized under the laws of Germany with its principal place of business at Bosfelder Weg 5, 33378 Rheda-Wiedenbrück, Germany.

3. SIMONSWERK is a manufacturer of door hinges and hinge systems for residential and commercial aftermarket applications, including high usage applications such as schools, hospitals, and airports.

4. Defendant Lawrence Hardware I, Inc. ("Lawrence Hardware") is a Delaware Corporation with a place of business at 1624 South Clinton Street, Chicago, Illinois 60616. Lawrence Hardware I, Inc. is doing business under the tradename Lawrence Hardware Inc.

5. Lawrence Hardware conducts business in this judicial district by promoting, distributing, selling, and offering to sell products, including the infringing hinges, directly to consumers within this judicial district.

6. Lawrence Hardware is a direct competitor of SIMONSWERK in the field of hinges and hinge systems.

## JURISDICTION AND VENUE

7. This Court has subject matter jurisdiction over this action under to 28 U.S.C. §§ 1331 and 1338(a).

8. This Court has personal jurisdiction over Lawrence Hardware because Lawrence Hardware maintains a place of business in this judicial district. Additionally, this Court has personal jurisdiction over Lawrence Hardware because (a) Lawrence Hardware operates, conducts, engages in, or carries on business in Illinois; (b) Lawrence Hardware has committed tortious acts within Illinois by promoting, distributing, selling, and offering to sell products, including the infringing hinges, directly to consumers within Illinois; and (c) Lawrence Hardware is engaging in substantial and not isolated activity within Illinois.

9. Venue is proper in this judicial district under 28 U.S.C. §§ 1391 and 1400(b) because Lawrence Hardware resides in this judicial district and has committed acts of infringement within this judicial district.

**THE PATENT-IN-SUIT**

10. On December 14, 2004, U.S. Patent No. 6,829,808 entitled "Door Hinge for a Covered Arrangement between Door Post and Door" was duly and legally issued by the United States Patent & Trademark Office. A copy of the '808 Patent is attached as **Exhibit A**.

11. German entity SIMONSWERK GmbH is the owner by assignment of the entire right, title, and interest in the '808 Patent.

12. The '808 Patent relates to a hidden hinge system for furniture and doors that is designed to include recessed mountings in the fixed frame and movable frame, and is linked by two interlocking hinge brackets to operate as a lift off hinge. This invention is useful in applications that incorporate heavy doors.

**COUNT I**
**PATENT INFRINGEMENT**

13. SIMONSWERK realleges and incorporates by reference as if fully set forth herein the allegations contained in paragraphs 1 through 14.

14. Lawrence Hardware has infringed and continues to infringe, directly or indirectly, one or more claims of the '808 Patent, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, or importing into the United States hinges that infringe at least claims 1, 5, 8, and 9 of the '808 Patent.

15. Lawrence Hardware has made, used, offered to sell, sold, or imported into the United States infringing products, including at least its "3D adjustable invisible hinge" products identified by part numbers ZA-AH03 and ZA-AH05.

16. Upon information and belief, Lawrence Hardware's infringement has been intentional, willful, and in reckless disregard of SIMONSWERK's rights.

17. SIMONSWERK has been damaged by Lawrence Hardware's infringement of the '808 Patent in an amount to be determined at trial.

18. SIMONSWERK has been and continues to be irreparably injured by Lawrence Hardware's continuing infringement of the '808 Patent, and Lawrence Hardware's activities will continue unless enjoined by this Court under 35 U.S.C. § 283.

## PRAYER FOR RELIEF

WHEREFORE, SIMONSWERK GmbH respectfully requests a judgment:

A. Declaring that Lawrence Hardware has infringed U.S. Patent No. 6,829,808;

B. Permanently enjoining under 35 U.S.C. § 283 Lawrence Hardware, and all those in active concert or participation with Lawrence Hardware, from directly or indirectly infringing the '808 Patent;

C. Awarding SIMONSWERK damages adequate to compensate SIMONSWERK for Lawrence Hardware's infringement of the '808 Patent;

D. Awarding prejudgment interest and costs under 35 U.S.C. § 284;

E. Declaring that this is an exceptional case and awarding attorneys' fees, disbursements, and costs to SIMONSWERK under 35 U.S.C. § 285; and

F. Granting such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

SIMONSWERK hereby demands a trial by jury in this action on all claims and issues triable before a jury.

Dated this 21st day of October, 2015	Respectfully submitted,


							*/s/ David R. Cross*	


							David R. Cross WI Bar No. 1002866
							Nathan R. Mathews WI Bar No. 1054297
							Quarles & Brady LLP
							411 East Wisconsin Avenue
							Suite 2350
							Milwaukee, WI  53202-4426
							Telephone:  414.277.5000
							Fax:  414.978.8942
							E-mail:  david.cross@quarles.com

							Attorneys for Plaintiff, SIMONSWERK GmbH

-5-